IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK T. MORRIS                                                                                           PLAINTIFF

v.                                          No. 5:14-CV-05096

SHERIFF KELLEY CRADDUCK and
NURSE DARLA WATSON                                                                              DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 100) from United States Magistrate Judge Erin L. Wiedemann. The Defendant has filed objections. The Magistrate recommends that the Court grant Defendants' motion (Doc. 93) for summary judgment. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 93) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE